| Michigan Department of State Police MTS | ORIGINAL DATE | | INCIDENT NO. |
|---|---|---|---|
| | Wed, Feb 24, 2016 | | MTS-0000023-16 (01) |
| SUPPLEMENTAL INCIDENT REPORT 0002 | SUPPLEMENTARY DATE | | FILE CLASS |
| | Wed, Sep 21, 2016 | | 35001 |

PHOTOGRAPHS:

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████

COMPUTERS:

███████████████████████████████████████
█████████████████████████████████████
██████████████████████████████████████
██████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████████
███████████████████████████████████████
██████████████████

SEARCH / EVIDENCE LOCATED:

███████████████████████████████████████
███████████████████████████████████████
██████████████████

███████████████████████████████████████
████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████████
█████████████████████████████

Items #220-#254 were also located in Dr. Pompy's personal office. Det. Blair located a number of prescription bottles with medications inside issued to subjects other than Dr. Pompy in the drawers of Dr. Pompy's desk. Det. McClain located prescription medications issued to subjects other than Dr. Pompy in a plastic bag in Dr. Pompy's personal office. ███████████████████████████████████████

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 7 of 72 | DET ROBERT BLAIR | | |

| Michigan Department of State Police MTS | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Wed, Feb 24, 2016 | MTS-0000023-16 (01) |
| SUPPLEMENTAL INCIDENT REPORT 0002 | SUPPLEMENTARY DATE | FILE CLASS |
| | Wed, Sep 21, 2016 | 35001 |

SEIZED BY: ROBERT BLAIR
Prop 0219 - Qty: 23796  Type: Federal Reserve Note (money)  Issue Date: 0000  Maturation Date: 0000
Value: $23,796.00  Recovered Value: $23,796.00  FORFEITURE
Descrp: U.S. CURRENCY IN THE FOLLOWING DENOMINATIONS:  173 @ $100, 28 @ $50, 229 @ $20,
21 @ $10, 41 @ $5, AND 101 @ $1, FOR A TOTAL OF TWENTY THREE THOUSAND SEVEN
HUNDRED AND NINETY SIX DOLLARS ($23,796). RECEIPT NUMBER F1122924.
Obtained From: 730 N MACOMB ST
Monroe  MI
Monroe County  At or Near: SUITE 222

Prop 0220 - Qty: 14.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: WHITE IN COLOR OBLONG PILLS WITH "IP 465" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE  WITH LABEL THAT STATES, "IBUPROFEN 600 MG 15 TABS TAKE 1 TAB
BY MOUTH EVERY 6 HRS AS NEEDED"  WITHOUT ANY PATIENT INFORMATION OR
PRESCRIBING PHYSICIAN INFORMATION.
Obtained From: 730 N MACOMB ST
Monroe  MI
Monroe County  At or Near: SUITE 222

Prop 0221 - Qty: 15.000  UOM: Dosage Units/Items  Type: Other Narcotics
Descrp: ORANGE IN COLOR OBLONG PILLS WITH "V 36 05" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE  WITH LABEL THAT STATES, "NORCO 7.5/325 15 TABS TAKE 1 TAB BY

| PAGE 43 of 72 | INVESTIGATED BY DET ROBERT BLAIR | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police MTS | ORIGINAL DATE<br>Wed, Feb 24, 2016 | INCIDENT NO.<br>MTS-0000023-16 (01) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0002 | SUPPLEMENTARY DATE<br>Wed, Sep 21, 2016 | FILE CLASS<br>35001 |

MOUTH EVERY 4-6 HRS AS NEEDED FOR PAIN" WITHOUT ANY PATIENT INFORMATION OR
PRESCRIBING PHYSICIAN INFORMATION.  ACETAMINOPHEN AND HYRDOCODONE  BITARATE
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222


Prop 0222 - Qty: 29.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: YELLOW IN COLOR ROUND TABLETS  WITH "SZ 783" PRINTED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO ███████████ BY DR. POMPY ON 09/21/15. LABELED AS
RITALIN/METHYLPHENIDATE  HYDROCHLORIDE, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222


Prop 0223 - Qty: 14.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: YELLOW IN COLOR OVAL TABLETS WITH "V 3601" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO ███████████ BY DR. POMPY ON 01/04/14. LABELED AS
NORCO 10/325 TABLET HYDROCODONE/ACETAMINOPHEN 10-325 TAB, SCHEDULE 2
CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222


Prop 0224 - Qty: 25.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: WHITE IN COLOR ROUND TABLETS WITH "54 210" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO ███████████ BY DR. POMPY ON 04/22/15. LABELED AS
METHADONE 5MG TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222


Prop 0225 - Qty: 48.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: GREEN IN COLOR ROUND TABLETS WITH "A 214" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO ███████████████ BY DR. POMPY ON 11/16/15.
LABELED AS OXYCODONE HYDROCHLORIDE 15 MG  TABLETS, SCHEDULE 2 CONTROLLED
SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222

| PAGE<br>44 of 72 | INVESTIGATED BY<br>DET ROBERT BLAIR | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police MTS SUPPLEMENTAL INCIDENT REPORT 0002 | ORIGINAL DATE Wed, Feb 24, 2016 | INCIDENT NO. MTS-0000023-16 (01) |
|---|---|---|
| | SUPPLEMENTARY DATE Wed, Sep 21, 2016 | FILE CLASS 35001 |

Prop 0226 - Qty: 25.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: BLUE IN COLOR ROUND TABLETS WITH "M 15" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO ███████████ BY DR. POMPY ON 01/08/13. LABELED AS
MORPHINE SULFATE 15 MG  TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222

Prop 0227 - Qty: 58.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: RED IN COLOR ROUND TABLETS WITH "EXH 8" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO ███████████ BY DR. POMPY ON 12/17/12. LABELED AS
EXALGO 8 MG MG  TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222

Prop 0228 - Qty: 18.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: WHITE IN COLOR OVAL TABLETS WITH "██████████" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO LESLY POMPY BY DR. POMPILI ON 01/12/12. LABELED AS
████████████████████████████████████████████████████████
██████████.
Obtained From: 730 N MACOMB ST
Monroe  MI    48162
Monroe County  At or Near: SUITE 222

Prop 0229 - Qty: 38.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: WHITE IN COLOR OVAL TABLETS WITH "IP 204" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO NANCY JOHNSTON BY DR. POMPY ON 06/04/15. LABELED
AS OXYCODONE-ACETAMINOPHEN 10-325 , SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222

Prop 0230 - Qty: 29.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: YELLOW IN COLOR ROUND TABLETS WITH "EXH 16" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO ███████████ BY DR. POMPY ON 12/17/12. LABELED
AS EXALGO 8 MG MG  TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222
Prop 0231 - Qty: 11.000  UOM: Dosage Units/Items  Type: Other Drugs

| PAGE 45 of 72 | INVESTIGATED BY DET ROBERT BLAIR | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police MTS | ORIGINAL DATE<br>Wed, Feb 24, 2016 | INCIDENT NO.<br>MTS-0000023-16 (01) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0002 | SUPPLEMENTARY DATE<br>Wed, Sep 21, 2016 | FILE CLASS<br>35001 |

Descrp: WHITE IN COLOR ROUND TABLETS WITH "54 142" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO ███████████ BY DR. POMPY ON 11/27/12. LABELED
AS METHADONE 10 MG TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI 48162
Monroe County  At or Near: SUITE 222


Prop 0232 - Qty: 19.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: YELLOW IN COLOR ROUND TABLETS WITH "93 9652" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO ███████████ BY DR. POMPY ON 12/27/09. LABELED
AS PROCHLORPERAZINE 10 MG TABLETS, NOT A CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI 48162
Monroe County  At or Near: SUITE 222


Prop 0233 - Qty: 20.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: BLUE IN COLOR OVAL TABLET WITH "OMJ 200" PRINTED ON IT WITH PRESCRIPTION
BOTTLE ISSUED TO ███████ BY DR. POMPY ON 01/08/13. LABELED AS NUCYNTA ER 200
MG TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI   48162
Monroe County  At or Near: SUITE 222


Prop 0234 - Qty: 52.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: WHITE IN COLOR ROUND TABLETS WITH "54 210" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO ███████ BY DR. POMPY ON 03/09/16. LABELED AS
METHADONE 5 MG TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI 48162
Monroe County  At or Near: SUITE 222


Prop 0235 - Qty: 3.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: WHITE IN COLOR ROUND TABLETS WITH "54 733" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO ███████████ BY DR. POMPY ON 05/14/15. LABELED
AS MORPHINE SULFATE IR 15MG TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI 48162
Monroe County  At or Near: SUITE 222

| | INVESTIGATED BY<br>DET ROBERT BLAIR | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE<br>46 of 72 | | | |

| Michigan Department of State Police MTS | ORIGINAL DATE Wed, Feb 24, 2016 | INCIDENT NO. MTS-0000023-16 (01) |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT 0002 | SUPPLEMENTARY DATE Wed, Sep 21, 2016 | FILE CLASS 35001 |

Prop 0236 - Qty: 42.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: BLUE IN COLOR ROUND TABLETS WITH "15 M" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO ▓▓▓▓ BY DR. POMPY ON 12/23/13. LABELED AS
MORPHINE SULFATE ER 15MG TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222

Prop 0237 - Qty: 25.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: WHITE IN COLOR ROUND TABLETS WITH "V 3585" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO ▓▓▓▓ BY DR. POMPY ON 11/16/15.
LABELED AS HYDROCODONE/IBUPROFEN 7.5/200 MG TABLETS, SCHEDULE 2 CONTROLLED
SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222

Prop 0238 - Qty: 115.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: ORANGE IN COLOR OBLONG PILLS WITH "V 36 05" STAMPED ON THEM WITH
PRESCRIPTION BOTTLE ISSUED TO ▓▓▓▓ BY DR. ZAHIRUL WITH LABEL THAT
STATES, "NORCO 7.5/325, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222

Prop 0239 - Qty: 24.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: BLUE IN COLOR OVAL TABLET WITH "OMJ 2150" PRINTED ON IT WITH PRESCRIPTION
BOTTLE ISSUED TO ▓▓▓▓ BY DR. POMPY ON 09/06/12. LABELED AS NUCYNTA
ER 150 MG TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222

Prop 0240 - Qty: 23.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: LIGHT AND DARK GREEN IN COLOR CAPSULE WITH "▓▓▓▓ PRINTED ON IT WITH
PRESCRIPTION BOTTLE ISSUED TO LESLY POMPY BY DR. LESLY POMPY. LABELED AS
▓▓▓▓, NOT A CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222

| PAGE 47 of 72 | INVESTIGATED BY DET ROBERT BLAIR | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police MTS | ORIGINAL DATE<br>Wed, Feb 24, 2016 | INCIDENT NO.<br>MTS-0000023-16 (01) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0002 | SUPPLEMENTARY DATE<br>Wed, Sep 21, 2016 | FILE CLASS<br>35001 |

Prop 0241 - Qty: 50.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: ORANGE IN COLOR ROUND TABLET WITH "O-M 75" PRINTED ON IT WITH
PRESCRIPTION BOTTLE ISSUED TO ███████████ BY DR. POMPY ON 05/24/16. LABELED AS
NUCYNTA 75 MG TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI 48162
Monroe County  At or Near: SUITE 222

Prop 0242 - Qty: 40.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: WHITE IN COLOR ROUND TABLET WITH "54 733" PRINTED ON IT WITH PRESCRIPTION
BOTTLE ISSUED TO ███████████ BY DR. POMPY ON 03/14/16. LABELED AS MORPHINE
SULFATE IR 15 MG TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI 48162
Monroe County  At or Near: SUITE 222

Prop 0243 - Qty: 15.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: YELLOW IN COLOR CAPSULE WITH ██████████████ " PRINTED ON IT WITH
PRESCRIPTION BOTTLE ISSUED TO LESLY POMPY BY DR. DIETRICH ON 08/10/16. LABELED AS
████████████████████████, NOT A CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI   48162
Monroe County  At or Near: SUITE 222

Prop 0244 - Qty: 13.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: YELLOW IN COLOR OVAL TABLET WITH "V 36 01" PRINTED ON IT WITH PRESCRIPTION
BOTTLE ISSUED TO ██████████ BY DR. POMPY ON 01/25/14. LABELED AS
NORCO/ACETAMINOPHEN/HYDROCODONE 325MG/10MG TABLETS, SCHEDULE 2
CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI 48162
Monroe County  At or Near: SUITE 222

Prop 0245 - Qty: 9.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: ORANGE IN COLOR ROUND TABLET WITH "0-M 75" PRINTED ON IT WITH
PRESCRIPTION BOTTLE ISSUED TO ██████████ BY DR. POMPY ON 10/14/14. LABELED AS
NUCYNTA 75 MG TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI   48162
Monroe County  At or Near: SUITE 222;

| PAGE<br>48 of 72 | INVESTIGATED BY<br>DET ROBERT BLAIR | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police MTS | ORIGINAL DATE<br>Wed, Feb 24, 2016 | INCIDENT NO.<br>MTS-0000023-16 (01) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0002 | SUPPLEMENTARY DATE<br>Wed, Sep 21, 2016 | FILE CLASS<br>35001 |

Prop 0246 - Qty: 16.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: WHITE IN COLOR OVAL TABLET WITH "A 333" PRINTED ON IT WITH PRESCRIPTION
BOTTLE ISSUED TO ▮▮▮▮▮▮▮▮ BY DR. POMPY ON 04/21/14. LABELED AS
PERCOCET/ACETAMINOPHEN/OXYCODONE/HYDROCHLORIDE 325MG/10MG TABLETS,
SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI 48162
Monroe County  At or Near: SUITE 222

Prop 0247 - Qty: 29.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: WHITE IN COLOR OVAL TABLET WITH "TV 58" PRINTED ON IT WITH PRESCRIPTION
BOTTLE ISSUED TO ▮▮▮▮▮▮▮▮ BY DR. POMPY ON 04/26/14. LABELED AS TRAMADOL
HCL 50 MGTABLETS, SCHEDULE 4 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI   48162
Monroe County  At or Near: SUITE 222

Prop 0248 - Qty: 80.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: WHITE  IN COLOR ROUND TABLET WITH "IP 203" PRINTED ON IT WITH PRESCRIPTION
BOTTLE ISSUED TO ▮▮▮▮▮▮ BY DR. POMPY ON 01/18/15. LABELED AS OXYCODONE-
ACETAMINOPHEN 5-325 MG TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI 48162
Monroe County  At or Near: SUITE 222

Prop 0249 - Qty: 53.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: WHITE IN COLOR OVAL TABLET WITH "IP 207" PRINTED ON IT WITH PRESCRIPTION
BOTTLE ISSUED TO ▮▮▮▮▮▮ BY DR. POMPY ON 05/18/15. LABELED AS  OXYCODONE-
ACETAMINOPHEN 7. 5-325 MG TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI 48162
Monroe County  At or Near: SUITE 222

Prop 0250 - Qty: 33.000  UOM: Dosage Units/Items  Type: Other Drugs
Descrp: WHITE  IN COLOR ROUND TABLET WITH "54 733" PRINTED ON IT WITH PRESCRIPTION
BOTTLE ISSUED TO ▮▮▮▮▮▮▮ DATED 09/19/14. LABELED AS MORPHINE SULFATE IR
15 MG MG TABLETS, SCHEDULE 2 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe MI 48162
Monroe County  At or Near: SUITE 222

| PAGE<br>49 of 72 | INVESTIGATED BY<br>DET ROBERT BLAIR | REPORTED BY | REVIEWED BY<br>MV |
|---|---|---|---|

| Michigan Department of State Police MTS | ORIGINAL DATE<br>Wed, Feb 24, 2016 | INCIDENT NO.<br>MTS-0000023-16 (01) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0002 | SUPPLEMENTARY DATE<br>Wed, Sep 21, 2016 | FILE CLASS<br>35001 |

Prop 0251 - Qty: 3.000 UOM: Dosage Units/Items  Type: Other Drugs
Descrp: PRESCRIPTION BOX CONTAINING 3 BUTRANS 20 MCG/HR PATCHES ISSUED TO ███
███ BY DR. POMPY ON 09/19/14. LABELED AS BUTRANS 20 MCG/HR PATCH, SCHEDULE 3
CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222

Prop 0252 - Qty: 35.000 UOM: Dosage Units/Items  Type: Other Drugs
Descrp: WHITE IN COLOR CAPSULE WITH  "PGN 50" PRINTED ON IT WITH 2 BOXES WHICH
READ LYRICA 50 MG. SCHEDULE 5 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222

Prop 0253 - Qty: 12.000 UOM: Dosage Units/Items  Type: Other Drugs
Descrp: ORANGE AND WHITE IN COLOR CAPSULE WITH "PGN 75" PRINTED ON IT WITH 1 BOX
WHICH READS LYRICA 75 MG. SCHEDULE 5 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222

Prop 0254 - Qty: 20.000 UOM: Dosage Units/Items  Type: Other Drugs
Descrp: 2 BOXES WITH 10 VIALS IN EACH BOX LABELED KETAMINE HYDROCLORIDE
500MG/PER 10ML*(50MG/ML). SCHEDULE 3 CONTROLLED SUBSTANCE.
Obtained From: 730 N MACOMB ST
Monroe  MI 48162
Monroe County  At or Near: SUITE 222

Prop 0255 - Type:  Office Equipment  Qty: 1  Article Type: Cellular Telephone  Brand: Apple  Model:
MGC52LL/A  S/N: F2LNLPJ7G5QJ
Descrp: APPLE I PHONE IN BLACK OTTERBOX CASE LOCATED ON DR. POMPY WITH A PASS
CODE OF ███.
Obtained From: 730 N MACOMB ST
Monroe
Monroe County  At or Near: SUITE 222

Prop 0256 - Type:  Office Equipment  Qty: 1  Article Type: Cellular Telephone  Brand: Apple  Model:
MG5W2LL/A  S/N: F17Q180DG5MC
Descrp: APPLE I PHONE LOCATED ON JORDAN RIPPEE (OFFICE  STAFF) IN A DETROIT  LIONS
OTTERBOX CASE WITH A PASS CODE OF ███.
Obtained From: 730 N MACOMB ST
Monroe, Monroe County  At or Near: SUITE 222

| PAGE<br>50 of 72 | INVESTIGATED BY<br>DET ROBERT BLAIR | REPORTED BY | REVIEWED BY |
|---|---|---|---|