## MOTION IN LIMINE TO
## SUPPRESS MEDICAL RECORDS

## INDEX OF EXHIBITS

Exhibit 1    Search Warrant for Interventional Pain Management Associates, P.C. ("Office Warrant")

Exhibit 2    Pompy Declaration (Mar. 13, 2020)

Exhibit 3    Search Warrant for iPatientCare ("iPatientCare Warrant")

Exhibit 4    Blair Affidavit (Sept. 22, 2016)