Original warrant – Return to issuing court

1st copy – Prosecutor
2nd copy – Serve
3rd copy – Issuing judge

## SEARCH WARRANT

Police Agency Report Number: MTS-23-16

TO THE SHERIFF OR ANY PEACE OFFICER:

Detective Robert Blair, has sworn to the Affidavit regarding the following:
1. The person, place, or thing to be searched is described as and is located at: Interventional Pain Management, 730 North Macomb Street Suite 222, Monroe Michigan 48162. This location is an office located within the ProMedica Monroe Regional Hospital Professional Office Building. The ProMedica Regional Hospital medical complex is located on the northeast corner of North Macomb Street and East Grove Street. The Professional Office Building is then located on the northeast corner of the medical complex. Suite 222 is located on the second floor of the Professional Office Building and is on the southeast end of the hallway. The entry door to Suite 222 is constructed of wood and has a rectangular window in it. The door is stained a dark color with the wood grain visible. The door handle is gray in color and is on the left side of the door. The doorframe is painted a tan color. To the east side of the doorway is a window that runs the length of the doorway. To the east of the window is a plaque with the numbers 222 printed on it horizontally in brown print. Below the 222 is "L. Pompy, M.D." also printed horizontally in brown.

ALSO TO BE SEARCHED: All vehicles and out buildings on the property

2. The PROPERTY/PERSON to be searched for and seized, if found, is specifically described as:

A) Any and all business records of the medical practice of Lesly Pompy, DOB           , Social Security Number            and/or "Interventional Pain Management Associates," related to the identity or treatment of patients, including all patient medical records and billing information. Records may consist of but are not limited to:

    a. Patient's billing plans for service
    b. Any and all patient insurance records
    c. Any and all insurance cards (BCBS, Medicaid, Medicare, and/or any other insurance provider)
    d. Equipment supply/order sheets
    e. Billing records (to include: patient ledgers, ledger cards, claims for payment, receipt books, account receivable and payable)
    f. Appointment books and calendars

34

      g. Patient sign-in sheets
      h. Correspondence
      l. Controlled substances records
      j. Prescription records
      k. Correspondence, memoranda, and phone records related to any of the above items.

B)     Any and all business records of the medical practice of Lesly Pompy, DOB , Social Security Number and/or "Interventional Pain Management Associates," related to billing/claim submission/claim payment of patients. Records may include but are not limited to:

    a. Patient's billing plans for service
    b. Any and all patient insurance records
    c. Any and all insurance cards (BCBS, Medicaid, Medicare, and/or any other insurance provider)
    d. Equipment supply/order sheets
    e. Billing records (to include: patient ledgers, ledger cards, claims for payment, receipt books, account receivable and payable)
    f. Current Procedural Terminology (CPT) manuals
    g. Medicare billing manuals and/or instructions
    h. Blue Cross and Blue Shield or any other insurance manuals/ instructions
    i. Internal manuals/instructions used by billing personnel
    j. Internal records related to the submission of claims to Medicare
    k. Cash receipt books, ledgers, or any other documents that reflect payment received for services.
      m. Correspondence, memoranda, and phone records related to any of the above items.

C)     Any and all business records of the medical practice of Lesly Pompy, DOB Social Security Number and/or "Interventional Pain Management Associates," enabling investigators to identify and locate employees, former or current. This may include but is not limited to items such as rolodexes, business cards, phone lists, personnel files, time cards, payroll cards, employee scheduling calendars, and employee schedules. This also may include correspondence, memoranda, and phone records related to any of the above items.

D)     Any and all controlled substances, including but not limited to, controlled prescription medication and illicit drugs.

E)     Records, photographs, video recordings, surveillance system images, correspondence, invoices, and information reflecting ownership of the business, home,

35

vehicles, computers, and any other properties of Lesly Pompy, DOB            , Social Security Number            and/or "Interventional Pain Management Associates."

F)   Any and all financial records of either Lesly Pompy or the medical practice of Lesly Pompy and/or "Interventional Pain Management Associates," Including but not limited to, cost reports, all documents related to the completion of cost reports, accounts payable, bank/stock/mutual fund/401K and investment account statements and information, loan statements, loan agreements, lease or rental agreements, insurance records, storage site(s) information, financial records, general ledgers, W-2 Forms, tax returns, 1099 Forms, cancelled checks, pass books, lock box applications, safety deposit applications, safety deposit keys, any documents reflecting monies or any form of compensation paid to any employee or any related entity for any purpose and correspondence and memoranda relating to such matters, and any document related to high value assets tied to the medical practice of Lesly Pompy and/or "Interventional Pain Management Associates."

G)   Any and all assets of value, including but not limited to, U.S. Currency, foreign currency, jewelry, high valued electronics, gold/silver bullion, vehicles, art, and coins that are believed to belong to or are in the possession of Lesly Pompy and/or "Interventional Pain Management Associates."

H)   Any and all firearms including but not limited to rifles, pistols, and shotguns.

As used above, the terms records or documents or information includes all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, but is not limited to, records or documents or information that were created, modified or stored in electronic or magnetic form and any data, image, or information that is capable of being read or interpreted by a computer. In order to search for any such items, searching agents may seize and search the following:

Any computer hardware, cellular telephone, digital camera and computer-related equipment capable of creating or storing information in electronic form; any computer peripheral used to facilitate the transmission, creation, display, encoding or storage of information, images and data including word processing equipment, modems, monitors, printers, plotters, encryption circuit boards and optical scanners; any magnetic or electronic storage device, including but not limited to, floppy diskettes, hard disks, backup tapes, CD-ROM's, DVD-ROM's, Zip disks, optical disks, printer buffers, smart cards, flash memory, electronic dialers, Bernoulli drives and electronic notebooks; computer software, documentation, operating logs and instruction manuals relating to the operation of the computer hardware and software to be searched; application software, utility programs, compilers, interpreters, and other programs or software used to facilitate direct or indirect communication with the computer hardware and software to be searched; any physical keys, encryption devices and similar physical items that are necessary to gain access to the computers and electronic devices to be searched or are necessary to gain access to the programs; data and information contained on the

36

computer and electronic device to be searched; any passwords, password files, test keys, encryption codes and other computer codes necessary to access the computers and electronic device into a readable form; electronically stored communications and messages, including any of the items to be found in electronic mail ("e-mail"). All photographs, handwritten notes, ledgers, or non-digitally recorded material used to document controlled substance or criminal activity.

Also to be searched are any and all outbuildings located on the premises, any and all vehicles present or arriving during the execution of the Search Warrant and any and all individuals present or arriving during the execution of the Search Warrant, as the above items sought may be present in any of those locations.

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and you are commanded to make the search and seize the described property/person. Leave a copy of this warrant and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court. It being necessary to protect the ongoing investigation or the privacy or safety of a victim or witness, it is the order of this Court that this Affidavit in Support of Search Warrant shall be suppressed and not given to the person whose property was seized or whose premises was searched until that person is charged with a crime or named as a claimant in a civil forfeiture proceeding involving evidence seized as a result of the search or until further ordered by the Court.

Issued: _9-23-2014_  _____
            Date                          Judge/Magistrate        Bar no.

37