Original warrant -- Return to issuing court

1st copy -- Prosecutor
2nd copy -- Serve
3rd copy -- Issuing judge

## SEARCH WARRANT

Police Agency Report Number: MTS-23-16

TO THE SHERIFF OR ANY PEACE OFFICER:

Detective Robert Blair, has sworn to the Affidavit regarding the following:
1. The person, place, or thing to be searched is described as and is located at: iPatient Care 1 Woodbridge Center, Suite 812, Woodbridge New Jersey 07095

ALSO TO BE SEARCHED: All vehicles and out buildings on the property

2. The PROPERTY/PERSON to be searched for and seized, if found, is specifically described as:

A) Any and all business records of the medical practice of Lesly Pompy, DOB           , Social Security Number           and/or "Interventional Pain Management Associates," related to the identity or treatment of patients, including all patient medical records and billing information from the dates of 9/26/2014 to 9/26/2016. Records may consist of but are not limited to:

a. Complete patient medical records/files
b. Patient's billing plans for service
c. Any and all patient insurance records
d. Any and all insurance cards (BCBS, Medicaid, Medicare, and/or any other insurance provider)
e. Billing records (to include: patient ledgers, ledger cards, claims for payment, receipt books, account receivable and payable)
f. Appointment books and calendars
g. Patient sign-in sheets
h. Correspondence
i. Controlled substances records
j. Prescription records
k. Correspondence, memoranda, and phone records related to any of the above items.

B) Any and all business records of the medical practice of Lesly Pompy, DOB           , Social Security Number           and/or "Interventional Pain Management Associates," related to billing/claim submission/claim payment of patients from the dates of 9/26/2014 to 9/26/2016. Records may include but are not limited to:

31

a. Complete patient medical records/files
b. Patient's billing plans for service
c. Any and all patient insurance records
d. Any and all insurance cards (BCBS, Medicaid, Medicare, and/or any other insurance provider)
e. Billing records (to include: patient ledgers, ledger cards, claims for payment, receipt books, account receivable and payable)
f. Internal records related to the submission of claims to Medicare.
g. Cash receipt books, ledgers, or any other documents that reflect payment received for services.
h. Correspondence, memoranda, and phone records related to any of the above items.

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and you are commanded to make the search and seize the described property/person. Leave a copy of this warrant and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court. It being necessary to protect the ongoing investigation or the privacy or safety of a victim or witness, it is the order of this Court that this Affidavit in Support of Search Warrant shall be suppressed and not given to the person whose property was seized or whose premises was searched until that person is charged with a crime or named as a claimant in a civil forfeiture proceeding involving evidence seized as a result of the search or until further ordered by the Court.

Issued: __8-14-2017__                    _____
         Date                             Judge/Magistrate         Bar no.

32

Aug. 15. 2017  2:17PM                          No. 0009   P. 1

EX-200 (3-85)



## MICHIGAN STATE POLICE
# FAX
### TRANSMITTAL SHEET
## MANTIS


DRIVE MICHIGAN SAFELY

DATE: 8/15/17

TIME: 2:15 PM

No. of pages (including cover): 4

☐ URGENT
☐ FYI
☐ At your request

TRANSMITTED TO: iPatient Care _____ FAX NO. ████

_____ FAX NO.

_____ FAX NO.

FROM: ████ MANTIS ████
TELEPHONE NO.       FAX NO.

ACKNOWLEDGMENT REQUESTED:  ● YES   ○ NO      Recipient: If "YES" is checked please complete this section and FAX this sheet to the sender.

RECEIPT ACKNOWLEDGED BY: _____

DATE: _____    TIME: _____

COMMENTS OR INSTRUCTIONS:
_____
_____
_____
_____

SENT BY: R. Bush          PHONE NO.: _____

Aug. 15. 2017  2:17PM                                                              No. 0009  P. 2



RICK SNYDER  
GOVERNOR

STATE OF MICHIGAN  
DEPARTMENT OF STATE POLICE  
LANSING

COL. KRISTE KIBBEY ETUE  
DIRECTOR

To: Representative at IPatientCare:

I am writing to you today to inform you that the Monroe Area Narcotics Team and Investigative Service (MANTIS), has been conducting an investigation into one of your clients Dr. Lesly Pompy MD. In September of 2016 we provided you with a search warrant for Dr. Pompy's medical files for 2 years. During the investigation there has been some debate whether the original warrant included the files that you store for Dr. Pompy. In order to avoid any further issues on this matter we have completed a new search warrant specific for your location and the files in question. It should be noted that you do not need to provide the files again. You already provided us with this information when requested in 2016. There is no need to send us any files at this time.

Thank you for your time.

Det. Robert Blair (MANTIS)