Original affidavit – Issuing Court
1st copy – Prosecutor

## AFFIDAVIT FOR SEARCH WARRANT

Police Agency Report Number: MTS-23-16

Detective Robert Blair, Affiant(s), state that:

1. The person, place, or thing to be searched is described as and is located at: Interventional Pain Management, 730 North Macomb Street Suite 222, Monroe Michigan 48162. This location is an office located within the ProMedica Monroe Regional Hospital Professional Office Building. The ProMedica Regional Hospital medical complex is located on the northeast corner of North Macomb Street and East Grove Street. The Professional Office Building is then located on the northeast corner of the medical complex. Suite 222 is located on the second floor of the Professional Office Building and is on the southeast end of the hallway. The entry door to Suite 222 is constructed of wood and has a rectangular window in it. The door is stained a dark color with the wood grain visible. The door handle is gray in color and is on the left side of the door. The doorframe is painted a tan color. To the east side of the doorway is a window that runs the length of the doorway. To the east of the window is a plaque with the numbers 222 printed on it horizontally in brown print. Below the 222 is "L. Pompy, M.D." also printed horizontally in brown.

**ALSO TO BE SEARCHED: All vehicles and out buildings on the property**

2. The PROPERTY/PERSON to be searched for and seized, if found, is specifically described as:

   A) Any and all business records of the medical practice of Lesly Pompy, DOB ▮▮▮▮, Social Security Number ▮▮▮▮ and/or "Interventional Pain Management Associates," related to the identity or treatment of patients, including all patient medical records and billing information. Records may consist of but are not limited to:

a. Patient's billing plans for service
b. Any and all patient insurance records
c. Any and all insurance cards (BCBS, Medicaid, Medicare, and/or any other insurance provider)
d. Equipment supply/order sheets
e. Billing records (to include: patient ledgers, ledger cards, claims for payment, receipt books, account receivable and payable)
f. Appointment books and calendars
g. Patient sign-in sheets
h. Correspondence
i. Controlled substances records
j. Prescription records
k. Correspondence, memoranda, and phone records related to any of the above

1



4.   A. Affiant certifies that D/Lt. Marc Moore with MANTIS personally told Affiant that he received several tips from anonymous sources who stated that Dr. Lesly Pompy is issuing prescriptions in a manner that is not consistent with standard medical care.

   B. Affiant certifies that D/Lt. Marc Moore personally told Affiant that he had contacted Blue Cross Blue Shield of Michigan (BCBSM) investigators and requested assistance with the investigation. Affiant knows from speaking with BCBSM Investigator Brian Zasadny that BCBSM is the largest health insurance company in Michigan, and that they pay claims for services submitted by Medical Doctors, as well as for medications they prescribe. Affiant further knows from Zasadny that BCBSM employs investigators to determine if such claims are fraudulent. Affiant finally knows from Zasadny that Medical Doctors keep records regarding their services and medications they prescribe for six years after such records are generated, and that this allows for the investigation of fraudulent claims at a later date.

   C. Affiant certifies that Affiant was provided with written reports completed by BCBSM Investigator James Howell. These reports detail the investigation conducted by BCBSM Investigator Howell at Dr. Lesly Pompy's Office. Affiant certifies that the first report is dated 01/05/2016.