UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

LESLY POMPY,

Defendant.

Case No. 2:18-cr-20454

HONORABLE STEPHEN J. MURPHY, III

# VERDICT FORM

We, the jury, unanimously find the following:

**COUNT ONE**
Unlawful Distribution of Controlled Substances
Patient J.St., Hydrocodone bitartrate-acetaminophen (Norco), May 9, 2016

X Not Guilty ______ Guilty

**COUNT TWO**
Unlawful Distribution of Controlled Substances
Patient J.St., Hydrocodone bitartrate-acetaminophen (Norco), May 17, 2016

X Not Guilty ______ Guilty

**COUNT THREE**
Unlawful Distribution of Controlled Substances
Patient R.B., Fentanyl (Subsys), March 31, 2016

X Not Guilty ______ Guilty

**COUNT FOUR**
Unlawful Distribution of Controlled Substances
Patient R.B., Morphine sulfate (MS Contin), September 12, 2016

X Not Guilty ___________ Guilty

**COUNT FIVE**

Unlawful Distribution of Controlled Substances
Patient T.L., Oxycodone HCL-acetaminophen (Percocet), September 12, 2016

X Not Guilty ___________ Guilty

**COUNT SIX**

Unlawful Distribution of Controlled Substances
Patient D.K, Hydrocodone-acetaminophen (Norco), June 2, 2016

X Not Guilty ___________ Guilty

**COUNT SEVEN**

Unlawful Distribution of Controlled Substances
Patient D.K., Dextroamp-amphetamine (Adderall), June 2, 2016

X Not Guilty ___________ Guilty

**COUNT EIGHT**

Unlawful Distribution of Controlled Substances
Patient S.S., Oxycodone-acetaminophen (Percocet), March 21, 2016

X Not Guilty ___________ Guilty

**COUNT NINE**

Unlawful Distribution of Controlled Substances
Patient S.S., Methadone, March 21, 2016

X Not Guilty ___________ Guilty

**COUNT TEN**

Unlawful Distribution of Controlled Substances
Patient S.S., Morphine Sulfate, March 21, 2016

X Not Guilty ___________ Guilty

**COUNT ELEVEN**

Unlawful Distribution of Controlled Substances

Patient S.S., Oxymorphone HCL (Opana), March 21, 2016

___X___ Not Guilty __________ Guilty

**COUNT TWELVE**

Unlawful Distribution of Controlled Substances

Patient S.S., Tramadol (Ultram), March 21, 2016

___X___ Not Guilty __________ Guilty

**COUNT THIRTEEN**

Unlawful Distribution of Controlled Substances

Patient F.E., Buprenorphine/Naloxone (Zubsolv), March 28, 2016

___X___ Not Guilty __________ Guilty

**COUNT FOURTEEN**

Unlawful Distribution of Controlled Substances

Patient F.E., Oxycodone HCL-acetaminophen (Percocet), March 28, 2016

___X___ Not Guilty __________ Guilty

**COUNT FIFTEEN**

Unlawful Distribution of Controlled Substances

Patient R.O., Oxycodone HCL-acetaminophen (Percocet), May 16, 2016

___X___ Not Guilty __________ Guilty

**COUNT SIXTEEN**

Unlawful Distribution of Controlled Substances

Patient R.O., Oxycodone HCL-acetaminophen (Percocet), May 24, 2016

___X___ Not Guilty __________ Guilty

**COUNT SEVENTEEN**

Unlawful Distribution of the Controlled Substance

Patient L.K., Tapentadol (Nucynta), August 25, 2016

___X___ Not Guilty __________ Guilty

**COUNT EIGHTEEN**
Unlawful Distribution of the Controlled Substance
Patient L.K., Methadone, August 25, 2016

X Not Guilty ______ Guilty

**COUNT NINETEEN**
Unlawful Distribution of the Controlled Substance
Patient G.T., Morphine Sulfate (MS Contin), September 22, 2016

X Not Guilty ______ Guilty

**COUNT TWENTY**
Unlawful Distribution of the Controlled Substance
Patient G.T., Methadone, September 22, 2016

X Not Guilty ______ Guilty

**COUNT TWENTY-ONE**
Unlawful Distribution of the Controlled Substance
Patient J.Sh., Oxycodone HCL-acetaminophen (Percocet), April 12, 2016

X Not Guilty ______ Guilty

**COUNT TWENTY-TWO**
Unlawful Distribution of the Controlled Substance
Patient J.Sh., Methadone HCL, April 12, 2016

X Not Guilty ______ Guilty

**COUNT TWENTY-THREE**
Health Care Fraud
Patient J.St., Office Visit 99213, May 9, 2016

X Not Guilty ______ Guilty

**COUNT TWENTY-FOUR**
Health Care Fraud
Patient J.St., Drug Test G0483, May 9, 2016

____X____ Not Guilty __________ Guilty

**COUNT TWENTY-FIVE**
Health Care Fraud
Patient J.St., Office Visit 99213, May 17, 2016

____X____ Not Guilty __________ Guilty

**COUNT TWENTY-SEVEN**
Health Care Fraud
Patient D.K., Office Visit 99213, June 2, 2016

____X____ Not Guilty __________ Guilty

**COUNT TWENTY-EIGHT**
Health Care Fraud
Patient T.L.., Office Visit 99213, September 12, 2016

____X____ Not Guilty __________ Guilty

**COUNT TWENTY-NINE**
Health Care Fraud
Patient S.S., Office Visit 99213, March 21, 2016

____X____ Not Guilty __________ Guilty

**COUNT THIRTY-TWO**
Health Care Fraud
Patient K.R., Office Visit 99215, May 26, 2016

____X____ Not Guilty __________ Guilty

**COUNT THIRTY-THREE**
Health Care Fraud
Patient M.B., Office Visit 99213, May 26, 2016

____X____ Not Guilty __________ Guilty

**COUNT THIRTY-FIVE**
Health Care Fraud
Patient K.R., Office Visit 99215, September 12, 2016

X Not Guilty ______ Guilty

**COUNT THIRTY-SIX**
Health Care Fraud
Patient B.L., Office Visit 99215, September 12, 2016

X Not Guilty ______ Guilty

**COUNT THIRTY-SEVEN**
Health Care Fraud
Patient K.R., Office Visit 99215, January 18, 2016

X Not Guilty ______ Guilty

**COUNT THIRTY-EIGHT**
Maintaining Drug-Involved Premises, 730 North Macomb, Suite 222, Monroe, MI

X Not Guilty ______ Guilty

**s/Jury Foreperson**

Date: 1/4/23

**In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.**