UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LESLY POMPY,

        Defendant.
_____/

Case No. 2:18-cr-20454-1

HONORABLE STEPHEN J. MURPHY, III

## JUDGMENT OF ACQUITTAL

**IT IS ORDERED AND ADJUDGED** that, pursuant to the jury verdict returned on January 4, 2023 in open Court, the defendant referenced in the above case caption is hereby acquitted.

        KINIKIA ESSIX
        CLERK OF THE COURT

        BY: s/ D. Parker
        Deputy Clerk

Dated: January 11, 2023

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2023, by electronic and/or ordinary mail.

        s/ David P. Parker
        Case Manager